UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 5:17-cr-00011-DCN-1 |
| Plaintiff, | NOTICE OF CONSENT MOTION TO ADJOURN THE SENTENCING FROM |
| v. | APRIL 24, 2019 TO MAY 21, 2019 AT 2:00 P.M. |
| MAURICE A. STEWART, | |
| Defendant. | |

TO: Aaron P. Howell,
    Assistant United States Attorney
    Federal Building
    2 South Main Street, Room 208
    Akron, OH 44308

Dear Counsel:

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, the undersigned counsel for the defendant Maurice Stewart shall move before the Court for an Order (with the government's consent) adjourning the sentencing from April 24, 2019 to May 21, 2019 at 2:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the undersigned will rely on the accompanying Certification of Jay V. Surgent, Esq.

Respectfully submitted,

By: /s/ Jay V. Surgent
Jay V. Surgent, Esq.
N.J. Bar ID No. 009631976
Weiner Law Group LLP
629 Parsippany Road
P.O. Box 0438
Parsippany, N.J. 07054-0438
Ph. (973) 403-1100
Fax: (973) 403-0010
Attorneys for Defendant,
Maurice A. Stewart

Dated: April 18, 2019

1595315_1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2019, a copy of the Notice of Consent Motion to Adjourn the Sentencing, Certification of Jay V. Surgent, Esq., and proposed form of Order was filed electronically. Notice of the aforementioned pleadings will be sent to all parties via the Court's electronic filing system.

                                                                 /s/Jay V. Surgent
                                                                  Jay. V. Surgent, Esq.

1595315_1